UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BETTY A. JACKSON, | ) | CASE NO. 5:17-cv-636 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | ORDER AND DISMISSAL ENTRY |
| | ) | |
| WAYSIDE FARM, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal. (Doc. No. 16.) The motion seeks the Court's approval of a settlement agreement resolving plaintiff's claims filed under the federal Fair Labor Standards Act ("FLSA") (29 U.S.C. § 201 *et seq.*).

Upon review of this matter, including the confidential settlement agreement and general release, and further based upon counsel's representations to the Court during a telephonic conference on July 10, 2017, regarding the allocation of settlement proceeds, the Court finds that the proposed settlement is a fair and reasonable resolution to a bona fide dispute over the provisions of the Fair Labor Standards Act. Therefore, the Court approves the settlement and dismisses this action with prejudice, effective June 19, 2017.

**IT IS SO ORDERED**.

Dated: July 11, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**